■ EUGENE C. ARMANI, Appellant, v GERALDINE C. ARMANI, Respondent. [925 NYS2d 364]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered May 24, 2010. The order granted the motions of defendant for summary judgment and denied the cross motions of plaintiff for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GRODEM, Also Known as JAMES N. GRODEM, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered November 6, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODRECIUS L. JENKINS, Also Known as RODRIGUEZ JENKINS, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered May 5, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN KRUPP, Also Known as RYAN L. KRUPP, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered January 25, 2010. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree and escape in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.